UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ X
                                                                   :
ELI SPORN,                                                         :
                                                                   :
                               Plaintiff,                          :   23-CV-9630 (DEH)
                                                                   :
        -v-                                                        :
                                                                   :
BRAINSTORM CELL THERAPEUTICS INC., et al.,                         :
                                                                   :
                               Defendants.                         :
                                                                   :
------------------------------------------------------------------ X
                                                                   :
MHAIRI PORTEOUS,                                                   :
                                                                   :
                               Plaintiff,                          :
                                                                   :
        -v-                                                        :   24-CV-1095 (DEH)
                                                                   :
CHAIM LEBOVITS, et al.,                                            :
                                                                   :
                               Defendants.                         :
                                                                   :
------------------------------------------------------------------ X
                                                                   :
SERGE ANDREV,                                                      :
                                                                   :
                               Plaintiff,                          :   24-CV-1101 (DEH)
                                                                   :
        -v-                                                        :
                                                                   :   **ORDER**
CHAIM LEBOVITS, et al.,                                            :
                                                                   :
                               Defendants.                         :
                                                                   :
------------------------------------------------------------------ X
```

DALE E. HO, United States District Judge:

On November 1, 2023, Eli Sporn, Individually and on behalf of all others similarly situated, filed a complaint in 23-CV-9630.  On February 14, 2024, Mhairi Porteous, derivatively on behalf of Brainstorm Cell Therapeutics Inc. filed a complaint in 24-CV-1095.  On February 15, 2024, Plaintiff Serge Andrev, derivatively on behalf of Brainstorm Cell Therapeutics, Inc. filed a complaint in 24-CV-01101.

On February 28, 2024, Plaintiff and Defendants in *Sporn v. Brainstorm Cell Therapeutics Inc. et al.*, 23-CV-9630, filed timely oppositions to consolidating the above-captioned cases.  *See* ECF Nos. 24-25.  At this time, the three above-captioned cases will not be consolidated.

Defendants in *Sporn v. Brainstorm Cell Therapeutics Inc. et al.*, intend to file a Motion to Dismiss by May 31, 2024, *See* ECF No. 21, which would stay discovery under the Private Securities Litigation Reform Act ("PSLRA").  15 U.S.C. § 78u-4(b)(3)(B).  The Court is inclined to stay proceedings in 24-CV-1095 and 24-CV-1101.  All parties in 24-CV-1095 and 24-CV-1101 shall meet and confer and file a status letter on ECF by **March 29, 2024**.  Such a letter shall describe whether parties agree to stay proceedings or propose next steps.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the non-appearing defendants and file proof of service on the docket by **March 8, 2024.**

The Clerk of Court is respectfully requested close ECF No. 24 and to docket this order in all the above-captioned cases.

SO ORDERED.

Dated: March 4, 2024
New York, New York

_____
DALE E. HO
United States District Judge