**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BRAINSTORM CELL THERAPEUTICS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 1:24-cv-01095-DEH |

**STIPULATION AND ORDER CONTINUING STAY**

WHEREAS, by Order dated May 13, 2024, (ECF No. 14) (the "Stay Order") the Court stayed the above-captioned consolidated derivative action (the "Derivative Action") pending the earlier of (i) the filing of an answer to the operative complaint in the securities class action pending before the Court captioned *Sporn v. Brainstorm Therapeutics, Inc. et al.*, Case No. 1:23-cv-9630-DEH (the "Securities Class Action"), or (ii) the dismissal of the Securities Class Action with prejudice.

WHEREAS, on September 15, 2025, this Court issued a decision granting in part, and denying in part, the motion to dismiss in the Securities Class Action (ECF No. 39 in the Securities Class Action) and an Answer was thereafter filed;

WHEREAS, the parties to the Securities Class Action and the Derivative Action have begun to explore potential mediation of the cases;

WHEREAS, on January 13, 2026, at the request of the parties to the Derivative Action (the "Parties"), the Court issued an order continuing the stay for ninety (90) days from the entry of the order (ECF No. 16) and;

WHEREAS, the Parties respectfully submit that, in the interests of judicial economy and to conserve the resources of the Court and the Parties, the stay in this matter should be continued for another sixty (60) days from the entry of the proposed Order provided herein.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. The Stay Order and all conditions set forth therein shall remain in effect until sixty (60) days after entry of this proposed Order.

2. After expiration or termination of the stay, the Parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Derivative Action, including the date by which Defendants must answer, move to dismiss, or otherwise respond to the operative complaint in the Derivative Action.

3. Defendants shall promptly notify Plaintiffs if and when they become aware of any derivative lawsuits and books and records demands pursuant to 8 *Del. C.* § 220 that allege the same or similar misconduct as that alleged in the Derivative Action ("Related Derivative Actions").

4. While the Derivative Action is stayed, and subject to the execution of a reasonable confidentiality agreement or protective order, Defendants shall promptly produce to Plaintiffs copies of any documents produced in any Related Derivative Action.

5. By entering into this Stipulation, the Parties reserve and do not waive any and all rights, objections, defenses, or claims.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: April 13, 2026

**THE BROWN LAW FIRM, P.C.**
*/s/ Timothy Brown (with permission)*
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-lead Counsel for Plaintiffs*

DATED: April 13, 2026

**BRAGAR EAGEL & SQUIRE, P.C.**
*/s/ J. Brandon Walker (with permission)*
J. Brandon Walker
Lawrence P. Eagel
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email: walker@bespc.com
Email: eagel@bespc.com

*Co-lead Counsel for Plaintiffs*

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Email: mhynes@hh-lawfirm.com
Email: lhernandez@hh-lawfirm.com

*Additional Counsel for Plaintiff Serge Andrev*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com
Email: eitank@bgandg.com

*Additional Counsel for Plaintiff John Duncan Hamby*

DATED: April 13, 2026

**GOODWIN PROCTER LLP**
*/s/ Douglas H. Flaum*

Douglas H. Flaum
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8884
Email: dflaum@goodwinlaw.com

*Attorneys for Individual Defendants Stacy Lindborg, June Almenoff, Nir Naor, Anthony Polverino, Menghis Bairu, Malcolm Taub, and Nominal Defendant Brainstorm Cell Therapeutics Inc.*

* * *

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 28, 2026
New York, New York

The Hon. Dale E. Ho
United States District Judge