B|E|S BRAGAR EAGEL & SQUIRE, P.C.

Brandon Walker
810 Seventh Avenue
Suite 620
New York, NY 10019
Tel: (212) 355-4648
Fax: (212) 214-0506
walker@bespc.com

August 14, 2026

**VIA ECF**

Honorable Dale Ho
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: ***In re Brainstorm Cell Therapeutics, Inc. Derivative Litigation,***
**No. 24-cv-01095-DEH (S.D.N.Y.)**

Dear Judge Ho:

Plaintiffs Serge Andrev, Barry Holtzman, and John Duncan Hamby (collectively, "Plaintiffs"), on behalf of the Parties, write to inform the Court that the Parties have reached an agreement, in principle, to settle all claims against all defendants in this action, subject to approval by Brainstorm Cell Therapeutics Inc.'s Board of Directors and the individual defendants.

To allow the Parties to negotiate a stipulation of settlement and Plaintiffs to seek preliminary approval and final approval of the settlement in accordance with Federal Rule of Civil Procedure 23.1, we ask that the Court stay all proceedings in this action during the pendency of the finalization of the settlement. Plaintiffs anticipate filing an unopposed motion for preliminary approval of the settlement by September 14, 2026.

Plaintiffs are available to answer any questions that the Court may have.

Respectfully,

*/s/ Brandon Walker*
Brandon Walker

Cc: Counsel of Record via ECF