THE BROWN LAW FIRM, P.C.

1350 Avenue of the Americas, Suite 1200, New York, NY 10019, (516) 922-5427

September 14, 2026

**Via ECF**

Honorable Dale Ho
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

**Re:** ***In re Brainstorm Cell Therapeutics, Inc. Derivative Litigation,***
**No. 1:24-cv-01095-DEH (S.D.N.Y.)**

Dear Judge Ho:

Plaintiffs Serge Andrev, Barry Holtzman, and John Duncan Hamby (collectively, "Plaintiffs"); individual defendants Chaim Lebovits, Stacy Lindborg, Ralph Kern, Jacob Frenkel, Irit Arbel, June Almenoff, Nir Naor, Anthony Polverino, Uri Yablonka, Menghis Bairu, and Malcolm Taub (collectively, the "Individual Defendants"); and nominal defendant Brainstorm Cell Therapeutics Inc. ("Brainstorm" or the "Company" and together with the Individual Defendants, "Defendants," and Defendants with Plaintiffs, the "Parties") in the above-captioned action (the "Action") respectfully submit this joint status letter in response to the Court's August 17, 2026 order. (ECF No. 25).

On August 14, 2026, the Parties filed a notice of settlement (the "Notice"), informing the Court that they had reached an agreement, in principle, to settle all claims in the Action, subject to approval by Brainstorm's Board of Directors and the Individual Defendants. (ECF No. 24). The Parties also requested that the Court stay all proceedings in the Action during the pendency of the finalization of the settlement and stated that "Plaintiffs anticipate filing an unopposed motion for preliminary approval of the settlement by September 14, 2026." *Id.* On August 17, the Court stayed the Action pending the finalization of the settlement and directed the Parties to file a joint status letter by September 14, 2026. (ECF No. 25).

The Parties are continuing to work to finalize the settlement documentation and anticipate that Plaintiffs will file an unopposed motion for preliminary approval of the settlement by October 14, 2026.

The Parties are available to answer any questions that the Court may have.

Respectfully,

*/s/Timothy Brown*________
Timothy Brown
The Brown Law Firm, P.C.

*/s/J. Brandon Walker*____________
J. Brandon Walker
Bragar Eagel & Squire, P.C.

*Co-Lead Counsel for Plaintiffs*

*/s/Douglas H. Flaum*_____________
Douglas H. Flaum
Goodwin Procter LLP

*Counsel for Defendants*